COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| TENET HOSPITALS, LTD. A TEXAS LIMITED PARTNERSHIP, D/B/A PROVIDENCE MEMORIAL HOSPITAL, | § | |
| | § | |
| | § | No. 08-14-00087-CV |
| Appellant, | § | Appeal from the |
| v. | § | 327th Judicial District Court |
| | § | of El Paso County, Texas |
| ESPERANZA NARAH GARCIA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ARMANDO GARCIA AND FOR ALL WRONGFUL DEATH BENEFICIARIES, INCLUDING MINOR ALEXA GARCIA, | § | (TC# 2013DCV2809) |
| | § | |
| | § | |
| | § | |
| Appellee. | § | |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant all costs in this Court. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 22ND DAY OF APRIL, 2015.

STEVEN L. HUGHES, Justice

Before Rodriguez, J., Hughes, J., and Larsen, J. (Senior Judge)
Larsen, J. (Senior Judge), sitting by assignment